AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**GRYPHON OILFIELD SOLUTIONS, LLC,**
*Plaintiff*

V.　　　　　　　　　　　　　　　　　　Civil Action No. **5:17−CV−00942−FB**

**STAGE COMPLETIONS INC. , ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:　**Stage Completions Inc.**
　　　**c/o Danny Jimenez, Chief Operating Officer**
　　　**165 Cook Street**
　　　**Suite 304**
　　　**Denver, CO 80206**

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

　　　　　　　　**Richard T. McCarty**
　　　　　　　　**Winston & Strawn LLP**
　　　　　　　　**1111 Louisiana − 25th Flr**
　　　　　　　　**Houston, TX 77002**

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/ROBERT FLAIG**
DEPUTY CLERK

**ISSUED ON 2017−09−25 10:42:25**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17–CV–00942–FB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ _____on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                        _____
                                                               *Server's signature*

                                                               _____
                                                               *Printed name and title*

                                                               _____
                                                               *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____